BENTORIA HOLDINGS, INC., Respondent, v TRAVELERS INDEMNITY COMPANY, Appellant, et al., Defendants.

Submitted April 23, 2012; decided April 26, 2012

Reported below, 84 AD3d 1135.

Motion by American Insurance Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.